Entered on Docket
March 19, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: March 19, 2009

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

1 | Matthew D. Tokarz, Esq.
California Bar No. 225024
2 | MILES, BAUER, BERGSTROM &
 WINTERS, LLP
3 | 1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
4 | (714) 481-9100
FAX (714) 481-9144
5 | File No. 08-64556

6 | Attorneys for Movant,
COUNTRYWIDE HOME LOANS,
7 | INC.

8 | UNITED STATES BANKRUPTCY COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11 | In re:                                    Case No.: 08-41127 EJ
                                              Chapter 13
12 | EDWARD NORWOOD AND VIVIAN    R.S. No. MDT-115
BERNAL NORWOOD,
13 |                                          **Hearing –**
                                              Date:  February 20, 2009
14 |             Debtors.                     Time:  10:00 A.M.
                                              Place: 1300 Clay Street
15 |                                                  Oakland, CA 94612
                                                     Courtroom 215
16 |

17 | **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

18 | COUNTRYWIDE HOME LOANS, INC.'s Motion for Relief from Automatic Stay came

19 | on regularly for hearing on February 20, 2009 at 10:00 A.M. before the Hon. Edward D. Jellen.

20 | All appearances were as noted in the Court's record.

21 | Based upon the pleadings contained herein and oral argument,

22 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in

23 | the above-entitled Bankruptcy case is terminated and extinguished for all purposes effective

24 | thirty (30) days or April 1, 2009 as to Movant, COUNTRYWIDE HOME LOANS, INC., its

1

assignees and/or successors in interest, and Movant may proceed with a foreclosure of and hold a Trustee's Sale on the subject property, generally described as 35156 Lido Blvd. Unit J, Newark, CA 94560 ("Property" herein).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that when this order becomes a final order, the chapter 13 Trustee shall cease making payments on Movant's claim.

EXHIBIT LEGAL DESCRIPTION for the Proposed Order Docket Entry 29

AGREED AS TO FORM AND CONTENT.

Dated: 3/11/09           /s/ Sally Elkington
Sally Elkington
Attorney for Debtors
Edward Norwood and Vivian Norwood

**END OF ORDER**

**(08-64556/ndots.dot/nm)**

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | DEBTOR:<br>Edward Norwood |
| 3 | Vivian Bernal Norwood<br>35156 Lido Blvd. Unit J |
| 4 | Newark, CA 94560 |
| 5 | ATTORNEY FOR DEBTOR:<br>Sally J. Elkington |
| 6 | 1970 Broadway 12th Fl.<br>Oakland, CA 94612 |
| 7 | |
| | CHAPTER 13 TRUSTEE: |
| 8 | Martha G. Bronitsky<br>P.O. Box 5004 |
| 9 | Hayward, CA 94540-5004 |
| 10 | U.S. TRUSTEE:<br>1301 Clay Street, Suite 690N |
| 11 | Oakland, CA 94612 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |