| | |
|---|---|
| 1 | Martha G. Bronitsky |
| | Chapter 13 Standing Trustee |
| 2 | 6140 Stoneridge Mall Rd #250 |
| | Pleasanton,CA 94588-4588 |
| 3 | (925) 621- 1900 |
| | 13trustee@oak13.com |
| 4 | |
| 5 | Trustee for Debtor(s) |

UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

In Re

Edward Norwood
Vivian Bernal Norwood

Chapter 13 Case Number:
08-41127-MEH13

Debtors(s)

**ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS**

The Trustee represents that as of February 22, 2012, all the payments owed by the above named debtor(s) in the Chapter 13 Case filed on March 11, 2008 and confirmed by the Court, have been paid.

DATE: February 29, 2012

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee